IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RONALD WAYNE ROBERTSON, :
# 241992,

    Petitioner, :

vs. : CIVIL ACTION NO. 1:19-cv-376-TFM-B

WARDEN COOKS, :

    Respondent. :

## MEMORANDUM OPINION AND ORDER

On July 18, 2019, the Magistrate Judge entered a Report and Recommendations which recommends that Petitioner's habeas corpus petitions (Docs. 1, 4) be dismissed as improper successive opinions. No objections were filed.

Accordingly, after due and proposed consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation is **ADOPTED** as the opinion of this Court. Therefore, Petitioner Ronald Wayne Robertson's habeas corpus petitions (Docs. 1, 4) are **DISMISSED without prejudice** for lack of jurisdiction, on the ground that they are second or successive petitions under 28 U.S.C. § 2244(b).

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this 12th day of August, 2019.

                        /s/Terry F. Moorer
                        TERRY F. MOORER
                        UNITED STATES DISTRICT JUDGE