IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RONALD WAYNE ROBERTSON,<br># 241992, | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION NO. 1:19-cv-376-TFM-B |
| WARDEN COOKS, | : | |
| Respondent. | : | |

## **JUDGMENT**

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Respondent Warden Cooks and against Petitioner Ronald Wayne Robertson such that this action is **DISMISSED without prejudice**. Further, the Court determines that Robertson is not entitled to either a Certificate of Appealability and therefore is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 12th day of August, 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE